**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Tracy Antoinette Ali, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Fair Collections & Outsourcing, Inc.,<br><br>Defendant. | Docket No: 2:19-cv-05045-JMA-AKT |

**NOW COMES** the Plaintiff(s) Tracy Antoinette Ali, individually and on behalf of all others similarly situated, by and through counsel, to provide Notice to the Court that the present cause has been settled between the parties, and:

**WHEREFORE**, a settlement agreement ("Agreement") is in the process of being finalized, and upon payment of the settlement amount, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

As such, the parties request:

1. The Court stay this case and adjourn all deadlines and conferences; and
2. The Court deny, without prejudice, any outstanding motions; and

DATED: March 17, 2020

**BARSHAY SANDERS, PLLC**

By: */s David M. Barshay*
David M. Barshay, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*