**FILED
CLERK**

4/22/2020 9:38 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

Tracy Antoinette Ali, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

Fair Collections & Outsourcing, Inc.,

          Defendant.

Case No: 2:19-cv-05045-JMA-AKT

Case closed.
SO ORDERED.
/s/ JMA, USDJ
4/22/2020

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 17, 2020

| | |
|---|---|
| **RIVKIN RADLER, LLP** | **BARSHAY SANDERS, PLLC** |
| By:   /s Jonathan Bruno | By:   /s Craig B. Sanders |
| Jonathan Bruno, Esq. | Craig B. Sanders |
| 477 Madison Avenue, | 100 Garden City Plaza, Suite 500 |
| New York, New York 10022 | Garden City, New York 11530 |
| Tel: (212) 455-9555 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 116386 |
| | *Attorneys for Plaintiff* |